**Paul Emmanuel PELHAM,**
**Plaintiff—Appellant,**

v.

**Keith CAIN; Steven Lanier; Marshall**
**Evans; Clint Simpson; Mickey**
**Smith, Defendants—Appellees.**

No. 04–7393.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 28, 2005.

Decided: Feb. 16, 2005.

Paul Emmanuel Pelham, Appellant pro se.

Mark Allen Davis, Womble, Carlyle, Sandridge & Rice, Raleigh, North Carolina, for Appellees.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Emmanuel Pelham appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pelham v. Cain*, No. CA–03–134–5–H (E.D.N.C. Aug. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*